# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Zoe Wilson,** *et al.***,**

        **Plaintiffs,**

        **v.**

**Abbott Home Care, Inc.,** *et al.***,**

        **Defendants.**

**Civil Action 2:18-cv-743**
**Judge George C. Smith**
**Magistrate Judge Deavers**

## ORDER GRANTING CONDITIONAL CERTIFICATION
## AND APPROVING NOTICE AND CONSENT

This matter is before the Court on the parties' Joint Stipulation to Pre-Discovery Conditional Class Certification and Court-Supervised Notice to Potential Opt-in Plaintiffs Pursuant to 29 U.S.C. §216(b) (Doc. 17). For good cause shown, the parties' joint stipulation to conditionally certify the case as a collective action pursuant to 29 U.S.C. § 216(b) and that notice be provided to putative class members of Plaintiffs' FLSA claims is **GRANTED**.

The Court **APPROVES** the Notice of Collective action Lawsuit and Consent to Join, attached as Exhibits, to the parties' joint stipulation.

**IT IS SO ORDERED.**

                                                    *s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**