# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZOE WILSON, *et al*., | ) CASE NO.:  2:18-CV-743 |
|  | ) |
| Plaintiffs, | ) JUDGE SMITH |
|  | ) |
| vs. | ) MAGISTRATE DEAVERS |
|  | ) |
| ABBOTT HOME CARE PLUS LLC, *et al*., | ) **<u>ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT</u>** |
|  | ) |
| Defendants. | ) |

This matter is before the Court on the Parties' Joint Motion for Final Approval of FLSA Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  (Doc. 39).  The Joint Motion asks the Court to approve, as fair and reasonable, the proposed FLSA Collective Settlement reached by the Parties and memorialized in the Settlement Agreement and General Release ("Settlement" or "Agreement") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Agreement and its Exhibits, the Declarations of Matthew J.P. Coffman and Peter A. Contreras, and the pleadings and papers on file in this consolidated Action, and for good cause established therein, the Court enters this Stipulated Order Approving the FLSA Collective Action Settlement, the Agreement as it applies to the FLSA claims and approval of the same, the proposed Service Award to the Representative Plaintiffs, and the proposed attorneys' fees and expense reimbursements to Class Counsel, as follows:

1. Unless otherwise defined, all terms used in this Order have the same meanings as defined in the Settlement Agreement.

2. On July 31, 2018, Representative Plaintiffs Zoe Wilson and Stefanie Wilson filed this action against Defendants on behalf of themselves and other similarly situated current and former employees alleging overtime violations under the Fair Labor Standards Act ("FLSA").

3. Defendants deny any liability or wrongdoing of any kind.

4. The Parties stipulated to conditional certification and notice was sent out to potential opt-in Plaintiffs.

5. A total of sixteen (16) individuals ultimately opted in, including the two (2) Representative Plaintiffs.

6. Defendants provided wage and payroll records to counsel for the Plaintiffs such that detailed damages analysis and calculations could be completed.

7. On August 20, 2019, the Parties attended a full day mediation with retired Judge Mark R. Abel and negotiated a resolution of this matter.

8. The Parties reached the proposed settlement in this matter after extensive research, legal debates, discussions, correspondence, and good faith bargaining.

9. The FLSA Collective Action Settlement will provide the opt-in Plaintiffs payments in the amounts identified in Exhibit 1 of the Settlement Agreement.

10. The Settlement Agreement provides that, in consideration of the Total Settlement Payment, the wage and hour claims of the Representative and Opt-In Plaintiffs are to be released and dismissed with prejudice.

11. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement resulted from arms-length negotiations between experienced counsel after substantial investigation. Class Counsel has informed the Court that they believe the Settlement is fair,

reasonable, and adequate and in the best interests of the FLSA Class Representatives and the FLSA Class Members.  The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation; the amount offered in the Settlement; and the experience and views of counsel for the Parties.

12. The Court approves the Agreement and its Exhibits, and orders that the FLSA Settlement be implemented according to the terms and conditions of the Agreement and as directed herein.  The Court grants approval of the FLSA Collective Action Settlement as to the Representative and Opt-in Plaintiffs.

13. The Court finds that the proposed allocation and calculation of the settlement payments to the Representative and Opt-in Plaintiffs as listed in Exhibit 1 to the Settlement and Release are fair and reasonable.  The Court approves the method of calculation and proposed distribution of the settlement payments.

14. The Court approves the service payment to Representative Plaintiffs Zoe Wilson and Stefanie Wilson, in recognition of their service in the Actions and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Agreement.

15. The Court approves the payment of attorneys' fees and expense reimbursements to Class Counsel as provided in the Settlement Agreement and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

16. The Court dismisses the claims of the Representative Plaintiffs and all opt-in Plaintiffs as defined in Settlement and Release with prejudice, and enters final judgment dismissing them from the Action. Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order Approving FLSA Settlement immediately.

4

17. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

IT IS THEREFORE ORDERED that this action is DISMISSED on the merits WITH PREJUDICE.  All persons bound by the action, including class representatives, are barred from prosecuting against any Releasees as defined in the Settlement Agreement, of any of the Released Claims, as defined by the Settlement Agreement.  This Court shall retain jurisdiction of this matter for the purpose of enforcing the Settlement Agreement.

**IT IS SO ORDERED.**

*s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**