AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Zoe Wilson, et al. <br> *Plaintiff* <br> v. <br> Abbott Home Care Plus LLC, et al. <br> *Defendant* | Civil Action No. 2:18-cv-743 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is Dismissed pursuant to the Order signed by Judge George C. Smith on 12/02/19.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 12/02/2019

*CLERK OF COURT*

/s/ Michelle D. Rahwan, Deputy Clerk

*Signature of Clerk or Deputy Clerk*